IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BOBBY SHIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 121-148 |
| | ) | |
| DAWSON COUNTY, | ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**
_____

Petitioner requests federal habeas corpus relief under 28 U.S.C. § 2241, challenging his pre-trial detention at Dawson County Detention Center in Dawsonville, Georgia, which is located in the Northern District of Georgia. (Doc. no. 1.) Habeas corpus petitions filed by pre-trial detainees are subject to the requirements of 28 U.S.C. § 2241. Hiteshaw v. Butterfield, 262 F. App'x. 162, 164 (11th Cir. 2008); Medberry v. Crosby, 351 F.3d 1049, 1060-62 (11th Cir. 2003). Proper venue for § 2241 petitions is the district of incarceration. 28 U.S.C. § 2241(d); Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991) (explaining § 2241 petitions brought in the district of incarceration). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia, Gainesville Division, for further consideration and **DIRECTS** the Clerk to immediately forward the file to that District.

SO ORDERED this 22nd day of September, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA